UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 15-cr-1194-JLS |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING SUPERVISED |
| | ) | RELEASE REVOCATION HEARING |
| v. | ) | |
| | ) | |
| ROBERT FESTA, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America and defendant ROBERT FESTA jointly move to continue the supervised release revocation hearing set for March 12, 2021. For reasons stated in the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance.

IT IS ORDERED that the joint motion is granted, and the sentencing hearing shall be continued to April 9, 2021 at 10:45 a.m.

IT IS SO ORDERED.

Dated: March 8, 2021

Hon. Janis L. Sammartino
United States District Judge