UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT ALLEN FESTA, <br><br> Defendant. | No. 15-cr-1194-JLS <br><br> ORDER ON JOINT MOTION FOR CONTINUNACE |

The United States of America and defendant ROBERT FESTA jointly move to continue the supervised release revocation hearing set for May 14, 2021. For reasons stated in the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance.

IT IS ORDERED that the joint motion is granted, and the supervised release revocation hearing shall be continued to June 18, 2021 at 2:00pm.

IT IS SO ORDERED.

Dated: May 12, 2021

Hon. Janis L. Sammartino
United States District Judge