UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ALLEN FESTA,<br><br>Defendant. | CASE NO.:   15cr1194-JLS<br><br>Hon. Janis L. Sammartino<br><br>ORDER TO ALLOW U.S. PROBATION TO FORWARD ANY SEX OFFENDER TREATMENT RECORDS OR RISK ASSESSMENTS TO THE SAN DIEGO REGIONAL CENTER |

Motion Having Been Entered and Good Cause appearing, **IT IS HEREBY ORDERED** that the United States Probation Office forward any sex offender treatment records or risk assessments to the San Diego Regional Center.

**SO ORDERED.**

Dated: September 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge